| | |
|---|---|
| Gregory L. Lippetz (State Bar No. 154228) | S. Lloyd Smith (*Pro Hac Vice*) |
| glippetz@jonesday.com | lloyd.smith@bipc.com |
| JONES DAY | Todd R. Walters (*Pro Hac Vice*) |
| 1755 Embarcadero Road | todd.walters@bipc.com |
| Palo Alto, CA 94303 | BUCHANAN INGERSOLL & |
| Telephone: 650.739.3968 | ROONEY PC |
| Facsimile:  650.739.3900 | 1737 King Street, Suite 500 |
| | Alexandria, Virginia 22314 |
| J. Patrick Elsevier (State Bar No. 274034) | Telephone: 703 838 6620 |
| jpelsevier@jonesday.com | Facsimile: 703 836 2021 |
| JONES DAY | |
| 12265 El Camino Real, Suite 200 | Philip L. Hirschhorn (*Pro Hac Vice*) |
| San Diego, CA 92130 | philip.hirschhorn@bipc.com |
| Telephone: 858.314.1200 | BUCHANAN INGERSOLL & |
| Facsimile:  858.314.1150 | ROONEY PC |
| | 1290 Avenue of the Americas, 30th Floor |
| Attorneys for Petitioner | New York, New York 10104 |
| AKEBIA THERAPEUTICS, INC. | Telephone: 212 440 4400 |
| | Facsimile: 212 440 4401 |
| | |
| | Steven A. Ellis (SBN 171742) |
| | sellis@goodwinprocter.com |
| | GOODWIN PROCTER LLP |
| | 601 S. Figueroa Street, 41st Floor |
| | Los Angeles, California 90017-5704 |
| | Telephone: 213 426 2500 |
| | Facsimile: 213 623 1673 |
| | |
| | Attorneys for Respondent |
| | FIBROGEN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE* APPLICATION OF AKEBIA THERAPEUTICS, INC. FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENA FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. 1782 | No. 3:14-MC-80294-JD<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's September 10, 2015 Order, Akebia Therapeutics, Inc. ("Akebia") and FibroGen, Inc. ("FibroGen") (collectively "the Parties") submit the following joint status report:

1

FibroGen began its production of documents in this matter on September 9, 2015. The production includes 14 pages of tables of summarized assay results extracted from FibroGen's centralized data stores, as follows:

1. experimental and control results relating to data associated with Figure 2 of Poster 301;
2. cell-free enzyme assay data;
3. *in vivo* mouse EPO assay data (intravenous administration);
4. *in vivo* mouse EPO assay data (oral administration); and
5. cell-based EPO and HIF assay data.

The remainder of FibroGen's production thus far consists of 99 pages of reference tables identifying the classes of compounds and 183 pages providing compound structures that correlate to each of the internal identifiers used by FibroGen in the produced materials.

FibroGen intends to produce additional documents (including any results of hematocrit assays and other test results that are not in its centralized data sources and any laboratory notebook pages that may be responsive) beginning on or before October 2, 2015 and has represented to Akebia that it intends to make all reasonable efforts to complete its document production by October 16, 2015.

As to the scope of the production, the parties have exchanged written correspondence discussing additional information that Akebia believes should be produced by FibroGen that is not reflected in the materials produced to date. The parties conducted a meet and confer on September 17, 2015, to discuss this additional information. The parties continue to work on resolving these remaining issues and expect that, if such issues cannot be resolved informally, they can be brought to the Court's attention via the procedures outlined in the Court's standing order for resolving discovery disputes.

| | | |
|---|---|---|
| 1 | Dated: September 18, 2015 | Respectfully submitted, |
| 2 | | Jones Day |
| 3 | | |
| 4 | | By: */s/ Gregory L. Lippetz*<br>       Gregory L. Lippetz |
| 5 | | Counsel for Petitioner<br>AKEBIA THERAPEUTICS, INC. |
| 6 | | |
| 7 | Dated: September 18, 2015 | BUCHANAN INGERSOLL & ROONEY PC |
| 10 | | By: */s/ Todd R. Walters*<br>       Todd R. Walters |
| 11 | | Counsel for Respondent<br>FIBROGEN, INC. |

3

JOINT STATUS REPORT
CASE NO. 3:14-MC-80294-JD

**ATTESTATION**

I, Gregory L. Lippetz, an ECF User whose ID and password are being used to file this JOINT STATUS REPORT, in compliance with Civil L.R. 5-1(i)(3), hereby attest that Todd R. Walters, attorney for FibroGen, Inc., has concurred with this filing.

Dated:  September 18, 2015

By: */s/ Gregory L. Lippetz*
     Gregory L. Lippetz

Counsel for Petitioner
AKEBIA THERAPEUTICS, INC.

JOINT STATUS REPORT
CASE NO. 3:14-MC-80294-JD